FILED '07 JUL 13 11:54 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| DEBRA A. SCHWARZ, | ) | Civil No. 06-3074-PA |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| JUDGE LANE SIMPSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PANNER, Judge.**

The motions (docket # 34) to dismiss defendant Texas Department of Family and Protective Services, and defendant Susan Pacanowski, and (docket # 23) to dismiss defendants Mr. and Mrs. Ricky Schwarz of Plano, Texas, are granted.

As the court explained in its order of February 16, 2007, the facts alleged in the Complaint do not suggest a connection between the Texas defendants and Oregon sufficient to force the Texas defendants to answer for their conduct in an Oregon courtroom. The dismissal is without prejudice.

IT IS SO ORDERED.

DATED this __13__ day of July, 2007.

_____
Owen M. Panner
United States District Judge

1 - ORDER